UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **STEWART E. CHASE,** | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. § 1001 |
| | : | (Making a False Statement) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
(Making a False Statement)

1. At all times material to this Information, defendant **STEWART E. CHASE** ("**CHASE**") was employed by United States Investigations Services ("USIS") or CACI International Inc. ("CACI") as an investigator under contract to conduct background investigations on behalf of the United States Office of Personnel Management ("OPM"), an agency within the executive branch of the federal government headquartered in Washington, D.C.

2. On or about November 5, 2007, in the District of Columbia and elsewhere, defendant **CHASE**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a Report of Investigation of a background investigation of A.D., defendant **CHASE** represented that he had interviewed C.B. about

A.D., when in truth and in fact, defendant **CHASE** had not interviewed C.B. about A.D.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

                                                RONALD C. MACHEN JR.
United States Attorney for
the District of Columbia

By: _/s/ Ellen Chubin Epstein_
ELLEN CHUBIN EPSTEIN
D.C. Bar #442861
MARY CHRIS DOBBIE
D.C. Bar #975939
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, N.W., 5th Floor
Washington, DC 20530
(202) 252-7861
Ellen.Chubin@usdoj.gov
(202) 252-6975
Mary.Chris.Dobbie@usdoj.gov