UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 11 cr 214 (JEB) |
| v. | |
| STEWART E. CHASE,<br>Defendant. | VIOLATION:<br>18 U.S.C. § 1001<br>(Making a False Statement) |

FILED
JUL 2 1 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### STATEMENT OF THE OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **STEWART E. CHASE** ("**CHASE**") and the United States agree and stipulate as follows:

1. At all times material to this Information, defendant **CHASE** was employed by United States Investigations Services ("USIS") or CACI International Inc. ("CACI") as an investigator under contract to conduct background investigations on behalf of the United States Office of Personnel Management ("OPM"), an agency within the executive branch of the federal government headquartered in Washington, D.C.

2. OPM-FIS, formerly known as the Center for Federal Investigative Services, was responsible for conducting background investigations for numerous federal agencies and their contractors. OPM-FIS had an investigator workforce comprised of federal agents employed by OPM-FIS and investigators employed by various companies, such as USIS and CACI, under contract with OPM-FIS to conduct background investigations. OPM-FIS conducted background investigations of individuals who were either employed by or seeking employment with federal agencies or government contractors. The purpose of the background investigations was to

1

determine individuals' suitability for positions having access to classified information, for positions impacting national security, and for receiving or retaining security clearances.

3.  In conducting these background investigations, contract investigators would conduct interviews of individuals who had information about the person who was the subject of the background investigation. In addition, contract investigators would seek out, obtain, and review documentary evidence, such as employment records, to verify and corroborate information provided by either the subject of the background investigation or by persons interviewed during the investigation. After conducting interviews and obtaining documentary evidence, contract investigators would prepare a Report of Investigation ("ROI"), containing the results of the interviews and records reviews, and would electronically submit the ROI to OPM in Washington, D.C. OPM would then provide a copy of the investigative file to the requesting agency and maintain a copy in its records system.

4.  The ROI containing the results of the interviews and records reviews conducted during a background investigation was utilized and relied upon by the agency requesting the background investigation to determine whether the subject of the investigation was suitable for a position having access to classified information, for a position impacting national security, or for receiving or retaining security clearance.

5.  Between July 2006 and December 2007, in more than four dozen ROI's on background investigations, defendant **CHASE** represented that he had interviewed a

source or reviewed a record regarding the subject of the background investigation when, in truth and in fact, he had not conducted the interview or obtained the record. These false representations were material, as they influenced the government's decisions and activities with respect to the subjects of those background investigations.

6. For example, on or about November 5, 2007, in the District of Columbia and elsewhere, defendant **CHASE**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of A.D., defendant **CHASE** represented that he had interviewed C.B. about A.D., when, in truth and in fact, defendant **CHASE** had not interviewed C.B. about A.D.

7. On or about November 5, 2007, defendant **CHASE** electronically submitted to OPM in Washington, D.C., his ROI on the background investigation of A.D., which contained the above-mentioned false representation. This false representation was material, as it influenced the government's decisions and activities with respect to A.D.

8. Defendant **CHASE**'s false representations in his ROI's on background investigations have required OPM-FIS to reopen and rework numerous background

investigations that were assigned to defendant **CHASE** during the time period of his falsifications, at an estimated cost of at least $131,101.87 to the United States government.

RONALD C. MACHEN JR.
United States Attorney

By: *(signature)*
ELLEN CHUBIN EPSTEIN
D.C. Bar #442861
SETH B. WAXMAN
D.C. Bar #456156
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, N.W., 5th Floor
Washington, DC 20530
(202) 252-1773
Ellen.Chubin@usdoj.gov
(202) 252-7234
Seth.Waxman@usdoj.gov

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime charged.

I have read every word of this Statement of the Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 7/21/11                       *(signature)*
                                    STEWART E. CHASE
                                    Defendant

      I have discussed this Statement of the Offense with my client, Mr. Chase. I concur with his decision to stipulate to this Statement of the Offense.

Date: __7/21/11__             _____
                                                      NINA J. GINSBERG, ESQ.
                                                      Attorney for the Defendant